IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SMITH, BETTY J | ) | CASE NO. 05-52413 0007 |
| | ) | |
| Debtor(s) | ) | JUDGE JOHN D. SCHWARTZ |
| | ) | |

### TRUSTEE'S FINAL REPORT

To:  THE HONORABLE
     BANKRUPTCY JUDGE JOHN D. SCHWARTZ

NOW COMES NORMAN NEWMAN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1. On October 13, 2005, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code and NORMAN B. NEWMAN was appointed as the Chapter 7 trustee ("Trustee"). The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of February 28, 2008 s as follows:

|   |    |                                                    |              |
|---|----|----------------------------------------------------|-------------:|
| a. | RECEIPTS (See Exhibit C)                          | 83,516.63    |
| b. | DISBURSEMENTS (See Exhibit C)                     | 73,066.53    |
| c. | NET CASH available for distribution               | 10,450.10    |
| d. | TRUSTEE/PROFESSIONAL COSTS                        |              |
|    | 1.  Trustee compensation requested (See Exhibit E) | 7,050.83     |

  2. Trustee Expenses (See Exhibit E)            0.00

  3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)      1,965.00

 e. Illinois Income Tax for Estate (See Exhibit G)        0.00

5. The Bar Date for filing unsecured claims expired on <u>September 25, 2006</u>.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

 a. Allowed unpaid Secured Claims            0.00

 b. Chapter 7 Administrative and 28 U.S.C. §1930 Claims    9,015.83

 c. Allowed Chapter 11 Administrative Claims         0.00

 d. Allowed Priority Claims              0.00

 e. Allowed Unsecured Claims            22,176.94

7. Trustee proposes that unsecured creditors receive a distribution of <u>6.47</u>% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was <u>$12,294.05</u>. Professional's compensation and expense requested but not yet allowed is $<u>0.00</u>. The total of Chapter 7 professional fees and expenses requested for final allowance is $<u>9,015.83</u>. (a summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $<u>1,601.00</u> was paid to Debtor's counsel for the services of preparing the bankruptcy petition in this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Dated: *March 10, 2008* By: *[signature]*
            NORMAN NEWMAN, Trustee
            MUCH SHELIST
            191 N. WACKER DRIVE, SUITE 1800
            CHICAGO, IL 60606-1615

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared semi-annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts, maintaining a report of cash receipts and disbursements and reconciling monthly bank statements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4. Trustee was able to negotiate an offer for the sale of Debtor's residence. The sale proceeds were sufficient to pay the first mortgage, real estate broker's commission, special real estate counsel's fees, Debtor's homestead exemption, as well as Trustee's attorneys fees.

5. The Trustee employed accountant to assist with tax issues involved in the estate.

6. The Trustee reviewed the claims register and proofs of claim filed in this case for possible objections.

**EXHIBIT A**

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Betty J. Smith
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/29/2008**

Matter Number: **0005367.0009**
06 - Trustee Matters

Billing Attorney: **Norman B. Newman**

## FEES THROUGH FEBRUARY 28, 2008

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/14/06 | NBN | Telephone call with J. Landen, Debtor's daughter regarding offer to purchase real estate received. | 0.20 |
| 03/23/06 | NBN | Discussion with D. Bearden regarding rider to contract (.2); review Buyer's loan commitment information (.4). | 0.60 |
| 03/27/06 | NBN | Review letter from buyer's attorney regarding further contract negotiation issues (.40); telephone call with G. Braun regarding responding to same (.30); telephone call with D. Bearden regarding status (.20). | 0.90 |
| 03/28/06 | NBN | Telephone call with D. Bearden regarding status of sale contract. | 0.20 |
| 04/05/06 | NBN | Telephone call with G. Braun regarding sale negotiations completed (.20); meet with B. Hackney regarding same motion (.20). | 0.40 |
| 05/02/06 | NBN | Review letter from G. Braun regarding buyer loan approved. | 0.20 |
| 05/30/06 | NBN | Review letter from G. Braun regarding closing on 6/5/06. | 0.20 |
| 06/02/06 | NBN | Review seller's loan documents. | 0.30 |
| 06/05/06 | NBN | Meet with G. Braun regarding closing and issues with the title company (.20); telephone call with Debtor's attorney regarding lien creditor information needed (.20). | 0.40 |
| 06/06/06 | NBN | Review closing statement from real estate sale (.30); letter from E. Braun regarding lender payoff statement (.20); review payoff letter from CitiFinancial (.20). | 0.70 |
| 06/12/06 | NBN | Review final closing statement and deposit funds. | 0.40 |
| 06/19/06 | NBN | Telephone call with attorney for Citi Financial regarding payoff of mortgage loan and withdrawing or releasing claim. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ▪  www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Betty J. Smith
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: *****

Invoice Date: **02/29/2008**

Matter Number: **0005367.0009**
06 - Trustee Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/26/06 | NBN | Review notice of claim bar date (.20); meet with B. Hackney regarding motion to pay homestead exemption claim (.20). | 0.40 |
| 07/05/06 | NBN | Review claims bar date notice to creditors. | 0.20 |
| 07/12/06 | NXS | Reconcile bank statements. | 0.30 |
| 07/20/06 | NBN | Letter to debtor's attorney enclosing Homestead exemption payment. | 0.20 |
| 08/09/06 | NBN | Letter to A. Katz regarding employment as Accountant. | 0.20 |
| 08/17/06 | NBN | Letter to A. Katz regarding information needed for tax returns. | 0.20 |
| 08/22/06 | NXS | Reconcile bank statements. | 0.20 |
| 09/15/06 | NXS | Reconcile bank statements. | 0.20 |
| 09/29/06 | NBN | Review claims register and proofs of claim. | 0.40 |
| 10/19/06 | NBN | Reviewed letter from D'ors attorney regarding reissuing check from homestead exemption. | 0.20 |
| 10/24/06 | NBN | Reissue check to cover Homestead exemption. | 0.20 |
| 10/25/06 | NXS | Reconcile bank statements. | 0.20 |
| 11/07/06 | NBN | Telephone call with debtor's attorney regarding reissued exemption check. | 0.20 |
| 11/17/06 | NXS | Reconcile bank statements. | 0.30 |
| 12/27/06 | NXS | Reconcile bank statements. | 0.20 |
| 01/11/07 | NBN | Prepare fee application. | 0.80 |
| 01/12/07 | NXS | Reconcile bank statements. | 0.20 |
| 01/16/07 | NBN | Prepare interim fee application. | 1.30 |
| 01/17/07 | NBN | Prepare interim fee application. | 1.30 |
| 01/18/07 | NBN | Prepare interim fee application. | 0.70 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Betty J. Smith
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/29/2008**

Matter Number: **0005367.0009**
 06 - Trustee Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/19/07 | NBN | Prepare interim fee application. | 0.70 |
| 01/22/07 | NBN | Prepare interim fee application. | 0.90 |
| 01/23/07 | NBN | Prepare interim fee application. | 0.80 |
| 01/24/07 | NBN | Prepare interim fee application. | 1.20 |
| 01/26/07 | NBN | Prepare notice and order regarding interim fee application. | 0.50 |
| 02/15/07 | NBN | To court for hearing on interim fee application. | 0.90 |
| 02/20/07 | NXS | Reconcile bank statements. | 0.30 |
| 03/19/07 | NXS | Reconcile bank statements. | 0.20 |
| 04/10/07 | NXS | Reconcile bank statements. | 0.20 |
| 05/08/07 | NXS | Reconcile bank statements. | 0.20 |
| 06/18/07 | NXS | Reconcile bank statements. | 0.20 |
| 08/30/07 | NBN | Telephone conference with S. Glover regarding no taxes owing. | 0.20 |
| 09/05/07 | NBN | Review and transmit 2006 federal and State of Illinois fiduciary tax returns. | 0.30 |
| 01/11/08 | NBN | Review accountants' statement of services for final fee application. | 0.30 |
| 02/19/08 | NXS | Reconcile bank statements. | 0.10 |
| | | **Total Hours** | **19.70** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

TOTAL RECEIPTS $ 83,516.63

TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED $ 0.00

TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY $ 11,000.00

**EXHIBIT B**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 05-52413 0007
Case Name: SMITH, BETTY J

Period Ending: 02/29/08

Trustee: (330560)   NORMAN NEWMAN
Filed (f) or Converted (c): 10/13/05 (f)
§341(a) Meeting Date: 01/19/06
Claims Bar Date: 09/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE | 90,000.00 | 34,600.00 | | 95,067.06 | FA |
| 2 | BANK ACCOUNTS (CHECKING) | 700.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL AND JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 4 | INSURANCE POLICIES | 2,300.00 | 1,000.00 | | 0.00 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES | 1,500.00 | 300.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 220.84 | Unknown |
| 6 | Assets Totals (Excluding unknown values) | $94,800.00 | $35,900.00 | | $95,287.90 | $0.00 |

Major Activities Affecting Case Closing:
Employed accountant to prepare tax returns. Preparing Final Report.

Initial Projected Date Of Final Report (TFR): October 31, 2007    Current Projected Date Of Final Report (TFR): June 30, 2008

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

**EXHIBIT C**

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-52413 0007 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | SMITH, BETTY J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****01-65 - Money Market Account |
| Taxpayer ID #: | 13-7530598 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/29/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.13 | | 10,443.90 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.43 | | 10,449.33 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.32 | | 10,454.65 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.78 | | 10,459.43 |
| 02/14/08 | 1007 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-52413 Voided on 02/14/08 | 2300-000 | | 9.32 | 10,450.11 |
| 02/14/08 | 1007 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-52413 Voided: check issued on 02/14/08 | 2300-000 | | -9.32 | 10,459.43 |
| 02/14/08 | 1008 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-52413 | 2300-000 | | 9.33 | 10,450.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | | | 83,516.63 | 73,066.53 | $10,450.10 |
| | Less: Bank Transfers | | | | 0.00 | 0.00 | |
| | Subtotal | | | | 83,516.63 | 73,066.53 | |
| | Less: Payments to Debtors | | | | | 7,500.00 | |
| | NET Receipts / Disbursements | | | | $83,516.63 | $65,566.53 | |

Printed: 02/29/2008 11:42 AM V.10.03

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-52413 0007 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | SMITH, BETTY J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7530598 | | Account: | ***-*****01-65 - Money Market Account |
| Period Ending: | 02/29/08 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/13/06 | | CHICAGO TITLE AND TRUST COMPANY | Sale of Residence | | 83,228.73 | | 83,228.73 |
| | {1} | | | | 95,000.00 | | 83,228.73 |
| | | | EARNEST MONEY | 1110-000 | -2,500.00 | | 83,228.73 |
| | | | BROKER'S COMMISSION | 1110-000 | -3,200.00 | | 83,228.73 |
| | | | ATTORNEY FEE | 1110-000 | -1,000.00 | | 83,228.73 |
| | | | SPECIAL ASMT. (CITY OF CHICAGO) | 1110-000 | -998.43 | | 83,228.73 |
| | | | 2005 REAL ESTATE TAXES | 1110-000 | -875.31 | | 83,228.73 |
| | | | TITLE CHARGES | 1110-000 | -870.00 | | 83,228.73 |
| | | | 2004 REAL ESTATE TAXES | 1110-000 | -785.86 | | 83,228.73 |
| | | | SELLER'S CLOSING COSTS | 1110-000 | -500.00 | | 83,228.73 |
| | | | CNTY. TAXES (1/1/06 - 6/5/06) | 1110-000 | -364.17 | | 83,228.73 |
| | | | PAYMENT TO DSN | 1110-000 | -225.00 | | 83,228.73 |
| | | | RECORDING/TRANSFER CHRGS. | 1110-000 | -217.50 | | 83,228.73 |
| | | | SURVEY FEE | 1110-000 | -150.00 | | 83,228.73 |
| | | | WATER BILL | 1110-000 | -75.00 | | 83,228.73 |
| | | | DUPLICATE TAX BILL | 1110-000 | -10.00 | | 83,228.73 |
| 06/20/06 | 1001 | CitiFinancial, Inc. | Payoff of Mortgage on real estate | 4110-000 | | 53,244.24 | 29,984.49 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.86 | | 30,011.35 |

| | | Subtotals : | $83,255.59 | $53,244.24 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-52413 0007 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | SMITH, BETTY J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****01-65 - Money Market Account |
| Taxpayer ID #: | 13-7530598 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/29/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/20/06 | 1002 | Betty Smith | Homestead Exemption Stopped on 10/23/06 | 8100-002 | | 7,500.00 | 22,511.35 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.40 | | 22,531.75 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.41 | | 22,552.16 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.09 | | 22,571.25 |
| 10/17/06 | {1} | Chicago Title & Trust Co | City of Chicago Water Bill Refund | 1110-000 | 67.06 | | 22,638.31 |
| 10/23/06 | 1002 | Betty Smith | Homestead Exemption Stopped: check issued on 07/20/06 | 8100-002 | | -7,500.00 | 30,138.31 |
| 10/23/06 | 1003 | Betty Smith | Homestead Exemption | 8100-002 | | 7,500.00 | 22,638.31 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.28 | | 22,658.59 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.89 | | 22,673.48 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.40 | | 22,687.88 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.12 | | 22,703.00 |
| 02/06/07 | 1004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-52413, Bond #016026455 | 2300-000 | | 18.91 | 22,684.09 |
| 02/15/07 | 1005 | Much Shelist, et.al. | Interim Fees (1/20/06 through 10/26/06) | 3110-000 | | 12,113.00 | 10,571.09 |
| 02/15/07 | 1006 | Much Shelist, et.al. | Interim Expenses (1/20/06 through 10/26/06) | 3120-000 | | 181.05 | 10,390.04 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.46 | | 10,398.50 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.55 | | 10,404.05 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.74 | | 10,409.79 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.74 | | 10,415.53 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.37 | | 10,420.90 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.93 | | 10,426.83 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.75 | | 10,432.58 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.19 | | 10,437.77 |
| | | | | Subtotals : | $239.38 | $19,812.96 | |

{} Asset reference(s)

Printed: 02/29/2008 11:42 AM   V.10.03

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-52413 0007
**Case Name:** SMITH, BETTY J
**Taxpayer ID #:** 13-7530598
**Period Ending:** 02/29/08

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****01-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****01-65 | 83,516.63 | 65,566.53 | 10,450.00 |
| | $83,516.63 | $65,566.53 | $10,450.00 |

{} Asset reference(s)

Printed: 02/29/2008 11:42 AM V.10.03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SMITH, BETTY J | ) | CASE NO. 05-52413 0007 |
| | ) | |
| Debtor(s) | ) | JUDGE JOHN D. SCHWARTZ |
| | ) | |

## DISTRIBUTION REPORT

I, <u>NORMAN NEWMAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 9,015.83 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,434.27 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 10,450.10 |

EXHIBIT D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $9,015.83 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| A | Norman B. Newman, Trustee | 7,050.83 | 7,050.83 |
| B | Avrum Katz | 1,965.00 | 1,965.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

|  |  | TOTAL | FINAL |

EXHIBIT D

| 9. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are | | $22,176.94 | 6.47% |

**EXHIBIT D**

paid in full)

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | B-Line, LLC/Chase Bank USA, N.A. | 7,883.92 | 509.89 |
| 2 | Recovery Management Systems Corporation | 1,738.71 | 112.45 |
| 3 | B-Line, LLC/Chase Bank USA, N.A. | 2,527.53 | 163.46 |
| 4 | Citibank (USA) N A | 7,217.98 | 466.81 |
| 5 | eCAST Settlement Corporation assignee of | 2,808.80 | 181.66 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: *March 10, 2008*                    NORMAN NEWMAN, Trustee

EXHIBIT D

# Claims Proposed Distribution

## Case:  05-52413   SMITH, BETTY J

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $10,450.10    **Total Proposed Payment:** $10,450.10    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Avrum Katz | Admin Ch. 7 | 1,965.00 | 1,965.00 | 0.00 | 1,965.00 | 1,965.00 | 8,485.10 |
|   | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| A | Norman B. Newman, Trustee | Admin Ch. 7 | 7,050.83 | 7,050.83 | 0.00 | 7,050.83 | 7,050.83 | 1,434.27 |
|   | <2100-00   Trustee Compensation> | | | | | | | |
| **SUBTOTAL FOR   ADMIN CH. 7** | | | 9,015.83 | 9,015.83 | 0.00 | 9,015.83 | 9,015.83 | |
| 1 | B-Line, LLC/Chase Bank USA, N.A. | Unsecured | 7,883.92 | 7,883.92 | 0.00 | 7,883.92 | 509.89 | 924.38 |
|   | Claim Memo:   Unsecured; History: 1-1 06/28/2006Claim #1 filed by B-Line, LLC/Chase Bank USA, N.A., total amount claimed: $7883.92 (Kane, Steven) | | | | | | | |
| 2 | Recovery Management Systems Corporation | Unsecured | 1,738.71 | 1,738.71 | 0.00 | 1,738.71 | 112.45 | 811.93 |
|   | Claim Memo:   Unsecured; History: 2-1 06/29/2006Claim #2 filed by Recovery Management Systems Corporation , total amount claimed: $1738.71 (Singh, Ramesh) | | | | | | | |
| 3 | B-Line, LLC/Chase Bank USA, N.A. | Unsecured | 2,527.53 | 2,527.53 | 0.00 | 2,527.53 | 163.46 | 648.47 |
|   | Claim Memo:   Unsecured; History: 3-1 07/10/2006Claim #3 filed by B-Line, LLC/Chase Bank USA, N.A., total amount claimed: $2527.53 (Ralston, Richard) | | | | | | | |
| 4 | Citibank (USA) N A | Unsecured | 7,217.98 | 7,217.98 | 0.00 | 7,217.98 | 466.81 | 181.66 |
|   | Claim Memo:   Unsecured; History: 4-1 09/05/2006Claim #4 filed by Citibank (USA) N A , total amount claimed: $7217.98 (Howard, Celeste) | | | | | | | |
| 5 | eCAST Settlement Corporation assignee of | Unsecured | 2,808.80 | 2,808.80 | 0.00 | 2,808.80 | 181.66 | 0.00 |
|   | Claim Memo:   Unsecured; History: 5-1 09/12/2006Claim #5 filed by eCAST Settlement Corporation assignee of , total amount claimed: $2808.8 (Lee, Thomas) | | | | | | | |
| **SUBTOTAL FOR   UNSECURED** | | | 22,176.94 | 22,176.94 | 0.00 | 22,176.94 | 1,434.27 | |
| **Total for Case 05-52413 :** | | | $31,192.77 | $31,192.77 | $0.00 | $31,192.77 | $10,450.10 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $9,015.83 | $9,015.83 | $0.00 | $9,015.83 | 100.000000% |
| **Total Unsecured Claims :** | $22,176.94 | $22,176.94 | $0.00 | $1,434.27 | 6.467394% |