# EXHIBIT "A"

# Miller Cooper & Co., Ltd.

650 Dundee Road
Suite 250
Northbrook, IL 60062-2747
847-205-5000
847-205-1400(Fax)

Estate of Betty J. Smith
Attn: Norman Newman
c/o Much Shelist
191 N. Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice No. 61781   08817.0 105   Date 9/30/2007

### Bankruptcy Estate of Betty Smith

Preparation of 2006 Federal and Illinois bankruptcy income tax returns.

| Task | Employee | Hours | Amount |
|---|---|---|---|
| Preparation | Erkenswick | 4.75 | 751.00 |
| Review | Glover | 2.25 | 895.00 |
| Other | Fox | .50 | 69.00 |
| Computer service charge | | | 250.00 |
| Totals | | 7.50 | $ 1,965.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,965.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,965.00 |