**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SMITH, BETTY J | ) | CASE NO. 05-52413 |
| | ) | |
| Debtor(s) | ) | JUDGE  JOHN D. SCHWARTZ |
| | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
    219 South Dearborn, Courtroom 719
    Chicago, Illinois 60604

    on: **July 23, 2008**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $      83,516.63

    b. Disbursements                           $      73,066.53

    c. Net Cash Available for Distribution     $      10,450.10

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee Compensation | $ 0.00 | $ 7,050.83 | $ |
| Trustee's Accountant | $ 0.00 | $ 1,965.00 | $ |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $22,147.94, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.49%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | B-Line, LLC/Chase Bank USA, N.A. | $ 7,883.92 | $ 511.93 |
| 2 | Recovery Management Systems Corporation | $ 1,738.71 | $ 112.90 |
| 3 | B-Line, LLC/Chase Bank USA, N.A. | $ 2,527.53 | $ 164.12 |
| 4 | Citibank (USA) N A | $ 7,217.98 | $ 468.69 |
| 5 | eCAST Settlement Corporation assignee of | $ 2,779.80 | $ 180.50 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

    Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.    Debtor has been discharged.

10.   The Trustee proposed to abandon the following property at the hearing:

Dated: **June 24, 2008**        For the Court,

                                      By:  **KENNETH S.GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the United States Bankruptcy Court
                                            219 S. Dearborn Street, 7th Floor
                                            Chicago, IL 60604

## SERVICE/CREDITOR LIST FOR BETTY SMITH

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Betty Smith
850 E87th Place
Chicago, IL 60619

Irwin L. Zalutsky
Zalutsky & Pinski, Ltd.
20 N. Clark Street, Suite 600
Chicago, IL 60602

Gregory Braun
McCormick, Braun & Friman, LLC
217 N. Jefferson Street, 5th Floor,
Chicago, Illinois 60661

Neal Ross
233 E. Erie Street
Suite 300
Chicago, Illinois 60611

Blatt, Hassenmiller, Leibsker & Moore
125 S. Wacker Drive
Suite 400
Chicago, Illinois 60606

Arrow Financial Service
5996 W. Touhy Avenue
Niles, Illinois 60714

Louis Freedman
Freedman, Anselmo, Lindberg & Rappe
P.O. Box 3228
Naperville, Illinois 60566

Chase/Bank One
800 Brooksedge Blvd.
Dept. OHI 0552, Attn: Cdv
Westerville, Ohio 43081

Citibank South Dakota
P.O. Box 220745
Charlotte, NC 28222

GEMB/JC Penney
P.O. Box 981400
El Paso, Texas 79998

HSBC NV
P.O. Box 98706
Las Vegas, NV 89193-8706

Sears
P.O. Box 182149
Columbus, Ohio 43218-2149

Citi Financial
15949 S. Harlem
Tinley Park, Illinois 60477

Avrum Katz
Miller Cooper & Co.,Ltd.
650 Dundee Road
Suite 250
Northbrook, IL 60062

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2413   Doc 45   Filed 06/24/08   Entered 06/27/08 00:48:54   Desc Imaged
Certificate of Service   Page 5 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7               Page 1 of 1          Date Rcvd: Jun 24, 2008
Case: 05-52413                Form ID: pdf002           Total Served: 19


The following entities were served by first class mail on Jun 26, 2008.
db            Betty J Smith,   850 East 87th Place,   Chicago, IL 60619-6906
aty          +Irwin L Zalutsky,   Zalutsky & Pinski Ltd,   20 N Clark St,   Suite 600,   Chicago, IL 60602-4184
aty          +William S Hackney,   Much Shelist,   191 N Wacker Drive Ste 1800,   Chicago, IL 60606-1615
tr           +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1615
10177201     +Arrow Financial Service,   Acct # xxMxx8198,   5996 W. Touhy Ave.,   Niles, IL 60714-4610
10177202     +Blatt, Hassenmiller, Leibsker Moore,   125 S. Wacker Dr.,   Suite 400,   Chicago, IL 60606-4440
10177203     +Chase/Bank One,   Acct # xxxx-xxxx-xxxx-7056,   800 Brooksedge Blvd,   Dept-OHI 0552 Attn Cdv,
               Westerville, OH 43081-2822
10899969     +Citibank (USA) N A,   POB 182149,   Columbus OH 43218-2149
10177204     +Citibank South Dakota,   Acct # xxMxxx2484,   P.O. Box 220745,   Charlotte, NC 28222-0745
10177205     +Citifinancial,   15949 S. Harlem,   Tinley Park, IL 60477-1609
10177207     +First USA, NA,   Acct # xxxx-xxxx-xxxx-4795,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10177208     +GEMB/JC Peney,   Acct # xxxxxx7967,   P.O. Box 981400,   El Paso, TX 79998-1400
10177209     +HSBC NV,   Acct # xxxx-xxxx-xxxx-8688,   PO BOX 98706,   Las Vegas, NV 89193
10177210     +Louis Freedman,   Freedman, Anselmo, Lindberg & Rappe,   PO Box 3228,   Naperville, IL 60566-3228
10177211      Sears,   Acct # xxxx-xxxx-xxxx-3117,   P.O. Box 182149,   Columbus, OH 43218-2149
10909890      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Jun 25, 2008.
10796858     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jun 25 2008 07:16:18
               B-Line, LLC/Chase Bank USA, N.A.,   Mail Stop 550,   2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
10177206     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2008 06:36:24     Conseco Finance,   Acct # xxxx7767,
               7360 Kyrene,   Tempe, AZ 85283-8432
10797963     +E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2008 06:37:19
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2008**            **Signature:** *Joseph Speetjens*