**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05 B 52413 |
| | ) | Chapter 7 |
| BETTY J. SMITH, | ) | Hon. John D. Schwartz |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JOHN D. SCHWARTZ,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit 1, as well as the Trustee's Distribution Report, a copy of which is attached as Exhibit 2.

All checks have been cashed as evidenced in Form 2 herein attached as Exhibit 3 reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


    9/29/2008                          /s/ Norman B. Newman
DATE                                   NORMAN NEWMAN, TRUSTEE